UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Dora M. A., | Case No. 19-cv-0357 (WMW/TNL) |
| Plaintiff, | |
| v. | **AMENDED ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Andrew Saul, Commissioner of Social Security, | |
| Defendant. | |

---

This matter is before the Court on the January 8, 2020 Report and Recommendation (R&R) of United States Magistrate Judge Tony N. Leung. (Dkt. 24). No objections to the R&R have been filed. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The January 8, 2020 R&R, (Dkt. 24), is **ADOPTED**.

2. The Motion for Summary Judgment, (Dkt. 16), of Plaintiff Dora M. A. is **DENIED**.

3. The Motion for Summary Judgment, (Dkt. 18), of Defendant Andrew Saul, Commissioner of Social Security is **GRANTED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated:  February 20, 2020                                         s/Wilhelmina M. Wright
                                                                  Wilhelmina M. Wright
                                                                  United States District Judge